

Littler Mendelson, PC
900 Third Avenue
New York, NY 10022.3298

James F. Bryton
212.583.2688 direct
212.583.9600 main
JBryton@littler.com

October 3, 2025

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



      **Re:**    *Holzer v. Ascend Wellness Holdings, Inc.*
               **Case No.: 25-CV-5551 (KPF)**

Dear Judge Failla:

    We represent Ascend Wellness Holdings, Inc. ("Defendant"). We respectfully write to request that the initial pre-trial conference in the above-referenced matter be adjourned. The parties are in agreement on the proposed Case Management Plan and jointly seek permission to proceed with discovery. Due to the number of holidays during the initial 120-day fact discovery period, the parties have deviated from the standard deadline. However, we believe that the proposed schedule will allow the parties to complete discovery in a timely manner without the need for an extension.

    We thank the Court for its time and consideration in this matter.

                                                                  Respectfully submitted,

                                                                  */s/ James F. Bryton*
                                                                  James F. Bryton
                                                                  Littler Mendelson, P.C.
                                                                  900 Third Avenue, 8th Floor
                                                                  New York, New York 10022
                                                                   212.583.9600
                                                                   JBryton@littler.com

                                                                 *Attorneys for Defendant*

Cc: All counsel of record (Via ECF)

Application GRANTED.

The Court has received the parties' joint letter and proposed case management plan. (Dkt. #12). The conference scheduled for October 8, 2025, is hereby ADJOURNED *sine die*. The Court will endorse the parties' proposed case management plan under separate cover.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:   October 3, 2025          SO ORDERED.
         New York, New York

                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE