UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICKOLAS HOLZER,

Plaintiff,

-v.-

ASCEND WELLNESS HOLDINGS, INC.,

Defendant.

25 Civ. 5551 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Per the Court's discussion with the parties at the July 8, 2026 conference, the parties are ORDERED to adhere to the following schedule and word count for their cross-motions for summary judgment: Plaintiff's motion for summary judgment is due on or before **September 11, 2026** (8,750 words); Defendant's combined opposition and cross-motion for summary judgment is due on or before **October 16, 2026** (12,250 words); Plaintiff's combined reply and opposition is due on or before **November 20, 2026** (7,000 words); and Defendant's reply is due on or before **December 11, 2026** (3,500 words).

The parties are reminded that all discovery must be completed on or before **July 30, 2026**.

SO ORDERED.

Dated: July 8, 2026
New York, New York

KATHERINE POLK FAILLA
United States District Judge